UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF        06-Civ-6531 (LBS)
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, by their Trustees      **NOTICE OF**
Michael J. Forde and Paul O'Brien, and NEW      **MOTION**
YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION,

                        Plaintiffs,

        -against-


PITCOHN CONSTRUCTION ENTERPRISES, INC.
And GERARD MCENTREE,

                        Defendants.
------------------------------------------------------------------X

GREETINGS:

        PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law, and upon all of the pleadings heretofore had herein, the undersigned, on behalf of Defendant McEntree, will move this Court, at Courtroom 15A before the Honorable Leonard B. Sand, at the Courthouse located at 500 Pearl Street, New York, NY 10007, on the 21st day of August, 2008 at 2:15 p.m., for Judgment on the Pleadings pursuant to Rule

12(c) of the Federal Rules of Civil Procedure.

Dated: New York, New York
August 5, 2008

*[signature]*
NIALL MAC GIOLLABHUÍ (NM 0281)
Law Offices of Michael G. Dowd
Attorneys for Defendant McEntree
112 Madison Avenue, 3rd Floor
New York, NY 10016
(212) 751-1640

TO: JOY K. MELE
O'Dwyer & Bernstein, LLP
Attorneys for Plaintiffs
52 Duane Street
New York, NY 10007