LEV L. DASSIN  
United States Attorney for the  
Southern District of New York  
By: LISA R. ZORNBERG (LZ-1299)  
Assistant United States Attorney  
1 Saint Andrews Plaza  
New York, New York 10007  
(212) 637-2720  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------x  

NEW YORK CITY DISTRICT COUNCIL    :  
OF CARPENTERS PENSION FUND,  
et al.,                                                            :  

            Plaintiffs,                   :         06 Civ. 6531 (LBS) (GWG)  

            vs.                                   :  

PITCOHN CONSTRUCTION                    :  
ENTERPRISES, INC., et al.,  

                      :  
            Defendants.  
                      :  
------------------------------------------------------x  

       PLEASE TAKE NOTICE that, upon the Memorandum of Law In Support of Government's Application to Intervene and to Stay Discovery and Trial, together with the Declaration of Lisa Zornberg, dated March 10, 2009, the Government, by its attorney, Lev L. Dassin, Acting United States Attorney for the Southern District of New York, will move this Court, on a date to be set by the Court, in the United States District Court, 500 Pearl Street, New York, before the Honorable Leonard Sand, United States District Judge for the Southern District of New York, for an order permitting the Government to intervene in this action and staying discovery and trial for a period of five months, pursuant to Rule 24(b) the Federal Rules of Civil Procedure and this Court's inherent powers.

Dated: New York, New York
       March 10, 2009

                         LEV L. DASSIN
                         Acting United States Attorney for the
                         Southern District of New York

By: _____
       LISA R. ZORNBERG (LZ-1299)
       Assistant United States Attorney
       1 Saint Andrews Plaza
       New York, New York 10007
       Tel.: (212) 637-2720

To: Joy K. Mele
     O'Dwyer & Bernstien, LLP
     Attorneys for Plaintiffs
     52 Duane Street
     New York, NY 10007

     Niall Mac Giolllabhui, Esq.
     Law Office of Michael G. Dowd
     Attorneys for Defendants
     112 Madison Avenue, 3rd Floor
     New York, NY 10016