USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, ET AL.,

                Plaintiff,

-v-

PITCOHN CONSTRUCTION
ENTERPRISES INC., ET AL,

                Defendant.

No. 06 CV 6531 (LBS) (GWG)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the Government's letter dated August 21, 2009, requesting a stay in the above-captioned action pending resolution of *United States v. Forde et al.*, 08 CR 828. The letter reflects that all parties consent to the proposed stay.

    Accordingly, IT IS HEREBY ORDERED that the above-captioned action is stayed pending the resolution of the criminal case, or until such time as Judge Sand directs the parties to appear. The government shall submit a status letter to the Court ninety days from the date of this Order, every ninety days thereafter, and within ten days of any verdict or plea in the criminal case.

SO ORDERED.

Dated:    August 26, 2009
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE