*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD
———
NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

MEMORANDUM ENDORSED

425 PARK AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 751-1640 FAX (212) 872-1777
www.mgdowdlaw.com

December 17, 2010

VIA FACSIMILE (212) 805-4268

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Room 17A
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/10
```

Re: New York City District Council of Carpenters Pension Fund, et al. v. Pitcohn Construction Enterprises, Inc, et al., Docket No. 06-Civ-6531 (LBS)(GWG)

Dear Judge Gorenstein:

I represent the defendants in the above matter and refer to the pre-trial conference which was re-scheduled for December 21, 2010, upon my request, as I was out of the country on December 1, 2010, the originally scheduled date. Unfortunately, I have been delayed in my return owing to an unexpected administrative delay in processing my re-entry visa (which I require, as an Irish national, to reside and work in the United States). I sincerely apologize for any inconvenience occasioned to the Court in requesting a further adjournment of the conference; in respect of which I understand that the Court is alternatively available on January 21, 2011, in the afternoon. Counsel for the Plaintiffs has indicated to me that she is agreeable to adjournment of the conference to that date.

Respectfully,

Niall Mac Giollabhuí

/jr
cc: Joy K. Mele, Esq.

Conference adjourned to January 21, 2011 at 3:30 p.m.

SO ORDERED:   DATE: 12/17/2010

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE