UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al., :

             Plaintiffs, :

          -v.- :

PITCOHN CONSTRUCTION ENTERPRISES, :
INC. and GERARD MCENTREE,
               :
             Defendants.
------------------------------------------------------------------x

ORDER

06 Civ. 6531 (LBS)(GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      For the reasons stated today at a conference, no new discovery requests will be permitted in this matter.

      Any disputes regarding discovery requests already responded to shall be brought to the Court's attention through a letter sent by March 6, 2012, that complies with paragraph 2.A of this Court's Individual Practices.

      Any discovery requests not yet responded to shall be responded to by March 6, 2012. Any disputes regarding these responses shall be brought to the Court's attention by March 13, 2012, in accordance with paragraph 2.A of this Court's Individual Practices.

      The two depositions being permitted, referenced in today's conference, will be held promptly after any discovery disputes have been resolved.

      The deadline for expert depositions is extended to March 19, 2012.

      SO ORDERED.

Dated: February 7, 2012
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge